FILED

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

2011 JUL 11   AM 10: 50

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY_____
       DEPUTY

| | |
|---|---|
| REPUBLIC OF TEXAS BIKER RALLY, INC., | § |
| | § |
| | § |
| Plaintiff, | § |
| | § |
| VS. | § |
| | § |
| BIKINIS BAR & GRILL, LLC, ET AL., | § |
| | § |
| | § |
| Defendants. | § |

CIVIL NO. 1:10-cv-00697

### FINAL CONSENT JUDGMENT
### AND STIPULATED PERMANENT INJUNCTION

The parties have entered into a Settlement Agreement and Release in which, among other things, Plaintiff Republic of Texas Biker Rally, Inc. ("Republic"), on the one hand, and the Defendants identified below, on the other, have resolved and mutually released claims for monetary remedies, but have agreed to the entry of this Final Consent Judgment and Stipulated Permanent Injunction ("Final Judgment"), including the injunctive relief against the Defendants as set forth below.

In accordance with the stipulations of the parties and for the purposes of settlement and the entry and enforcement of this Judgment, the Defendants (without admission of liability) do not contest the Court's entry of the following findings.

Accordingly, it is FOUND that:

(1)    This Court has jurisdiction over the parties and the subject matter of this action and venue is proper in this District.

(2)     Plaintiff Republic of Texas Biker Rally, Inc. ("Republic") is the owner of the trademarks and service marks *ROT RALLY*®; *R.O.T. BIKER RALLY*®; *ROT BIKER RALLY*®; *R.O.T. BIKER RALLY*®; and *REPUBLIC OF TEXAS BIKER RALLY*®) and the federal trademark registrations thereon (collectively, "Republic's Registered Marks") and all associated goodwill.  Republic is also the owner of the common law trademarks and service marks R.O.T.™,  ROT™, and the ROT Cow Skull Logo & Design (pictured immediately below) and all associated goodwill.



(3)     By virtue of Republic's long, continuous and exclusive use of Republic's Registered Marks and of the R.O.T.™, ROT™, and the ROT Cow Skull Logo & Design marks and by virtue of Republic's extensive marketing efforts associated therewith, each of Republic's Registered Marks and the R.O.T.™,  ROT™, and ROT Cow Skull Logo & Design marks are famous within the meaning of 15 U.S.C. 1125(c) and have become distinctive of Republic's goods and services

(4)     Each of Republic's Registered Marks and each of Republic's Common Law Marks is distinctive, valid and enforceable and all of such marks are protectable as trademarks of Republic.

(5)     Republic has not authorized any Defendant's use of Republic's Marks identified in Republic's Second Amended Complaint, which results in a likelihood of confusion and the risk of irreparable injury to Republic.

Accordingly, it is ORDERED that the Defendants are PERMANENTLY ENJOINED AND RESTRAINED from:

(1)    using (or holding themselves out as having rights to use), displaying or referring to any of Republic's Marks (as defined herein) in connection with the manufacture, sale or distribution of products or goods of any kind, or in connection with the advertising, promotion, marketing or delivery of services (including via e-commerce on the Internet) of any kind or assisting any others with such acts;

(2)    claiming or representing that any products or services marketed or sold by Defendants are made directly by Republic or its authorized licensees or that Republic has authorized, approved or licensed the use by Defendants of any of Republic's Marks for or in association with any of Defendants' products or services;

"Republic's Marks," as used herein, refers to: (a) Republic's federally registered trademarks or service marks (*ROT RALLY®*; *R.O.T. BIKER RALLY®*; *ROT BIKER RALLY®*; *R.O.T. BIKER RALLY®*; and *REPUBLIC OF TEXAS BIKER RALLY®*) ("Republic's Registered Marks") in any typographic or stylistic font or format; (b) the unregistered common law marks and logos Republic uses in connection with its motorcycle rally and related business and merchandising operations, copies of which are attached hereto as Exhibit 1 and shown on Page 23 of Republic's Second Amended Complaint ("Republic's Common Law Marks"); and (c) any simulation or colorable imitation of Republic's Registered Marks or Republic's Common Law Marks.

"Defendants," as used herein, refers to the following entities and individuals (and all of their authorized agents): Bikinis Bar & Grill, LLC (now known as BSBG, LLC);

- 3 -

Bikinis Bar & Grill–Austin, LLC (now known as Bikinis Sports Bar & Grill–Austin, LLC); Bikinis Sports Bar & Grill 6th Street, LLC; Bikinis Sports Bar & Grill Franchising, LLC; Bikinis Promotions, LLC; Bikinis Real Estate, LLC; Bikinis Sports Bar & Grill—Arlington, LLC; Bikinis Sports Bar & Grill—Live Oak, LLC; Bikinis Sports Bar & Grill—San Antonio, LLC; Bikinis Sports Bar & Grill—San Marcos, LLC; The Parish—6th Street, LLC; Bikinis Sports Bar & Grill—Charlotte, LLC; Doug Guller; Kevin Pearson; David Voorhees; Paul Manfre; Dizzy Tee Designs, Inc.; Tom Marek dba Minuteman Press of Austin; and Brenda Manning Alvarez dba Soul to Soul Promotions or Soul to Soul Entertainment.

This Final Judgment is not intended to prohibit conduct (a) that is subsequently permitted or authorized pursuant to any valid license Republic may grant to any Defendant after the entry hereof, or (b) that is expressly permitted by the terms of the parties' Settlement Agreement and Release.

The Court retains exclusive and continuing jurisdiction over the parties for the purpose of enforcement of the terms of the Settlement Agreement and Release and this Final Judgment.

All relief not granted herein is denied; and each party shall bear its own costs, disbursements and attorneys' fees.

SIGNED this 8th day of ___July___ 2011.

_Sam Sparks_

SAM SPARKS
UNITED STATES DISTRICT JUDGE

## CONSENT TO ENTRY

The parties hereby consent to the terms of this Final Consent Judgment and Permanent Injunction as set forth herein and consent to entry hereof.

By: _____

Carl F. Schwenker, Attorney-in-Charge
Texas Bar No. 007883374
**LAW OFFICES OF CARL F. SCHWENKER**
1621 West Sixth Street
Austin, Texas 78703
Tel. (512) 480-8427
Fax (512) 857-1274

**ATTORNEYS FOR PLAINTIFF**
**REPUBLIC OF TEXAS BIKER RALLY, INC.**

By: _____

Paul D. Schoonover
State Bar No. 17806500
paul@klbf.com
Stephen L. Baskind
State Bar No. 01875600
sbaskind@klbf.com
**KLEIMAN LAWRENCE BASKIND FITZGERALD, LLP**
8350 N. Central Expressway, Suite 650
Dallas, Texas 75206
(214) 712-4470
(214) 265-7411 (fax)

**ATTORNEYS FOR BIKINIS DEFENDANTS[i]**

---

[i] Defendants Bikinis Bar & Grill, LLC (now known as BSBG, LLC); Bikinis Bar & Grill–Austin, LLC (now known as Bikinis Sports Bar & Grill–Austin, LLC); Bikinis Sports Bar & Grill 6th Street, LLC; Bikinis Sports Bar & Grill Franchising, LLC; Bikinis Promotions, LLC; Bikinis Real Estate, LLC; Bikinis Sports Bar & Grill–Arlington, LLC; Bikinis Sports Bar & Grill–Live Oak, LLC; Bikinis Sports Bar & Grill–San Antonio, LLC; Bikinis Sports Bar & Grill–San Marcos, LLC; The Parish–6th Street, LLC; Bikinis Sports Bar & Grill–Charlotte, LLC; Doug Guller, Kevin Pearson; David Voorhees; and Paul Manfre.

– 5 –

CONSENT TO ENTRY (continued)

By: _____
Tom Marek (d/b/a Minuteman Press of Austin), *pro se*


By: _____
Sidney Levine, Attorney at Law
State Bar No. 12258000
sealylaw@sbcglobal.net
P O Box 592
110 Main Street, Suite 201
Sealy, Texas 77474
(979) 885-2989
(713) 495-9040

**ATTORNEY FOR DIZZY TEE DESIGNS, INC.**


By: _____
Brenda Manning Alvarez, *pro se*

<u>CONSENT TO ENTRY (continued)</u>

By: _____
Tom Marek (d/b/a Minuteman Press of Austin), *pro se*

By: _____
Sidney Levine, Attorney at Law
State Bar No. 12258000
sealylaw@sbcglobal.net
P O Box 592
110 Main Street, Suite 201
Sealy, Texas 77474
(979) 885-2989
(713) 495-9040

**ATTORNEY FOR DIZZY TEE DESIGNS, INC.**

By: _____
Brenda Manning Alvarez, *pro se*

- 6 -

CONSENT TO ENTRY (continued)

By: _____
Tom Marek (d/b/a Minuteman Press of Austin), *pro se*

By: _____
Sidney Levine, Attorney at Law
State Bar No. 12258000
sealylaw@sbcglobal.net
P O Box 592
110 Main Street, Suite 201
Sealy, Texas 77474
(979) 885-2989
(713) 495-9040

**ATTORNEY FOR DIZZY TEE DESIGNS, INC.**

By: _____
Brenda Manning Alvarez, *pro se*

— 6 —

Exhibit 1

| Logo Name | Graphic or Word Mark for REPUBLIC'S COMMON LAW MARKS | |
|---|---|---|
| ROT Cow Skull Logo w/"ROT Biker Rally" (examples 1 and 2) |  |  |
| ROT Cow Skull Logo w/"ROT Biker Rally" (examples 3 and 4) |  |  |
| Winged Skull Motor Logo (example 1)  w/ "ROT" (example 1) |  | |
| "ROT" (examples 2 and 3)  "ROT Biker Rally" (example 5) |  |  |
| "R.O.T." (examples 1 – 3) |  |  |